UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, a foreign corporation, | ) ) ) | No. C 05-03841 SBA |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| CONVERIUM INSURANCE (NORTH AMERICA), INC., a foreign corporation | ) ) ) | |
| Defendant. | | |

This matter comes before the Court on Plaintiff's Motion to File an Amended Complaint. The Court has thoroughly reviewed the papers and has concluded that it would benefit from supplemental briefing. In reviewing the parties' arguments, it appears that Plaintiff 's decision to withdraw the proposed new allegation that Plaintiff contributed $1,000,000.00 towards settlement of claims against Blazer *and* Vance under the Vance Policy, renders the bulk of the discussion in the parties' papers moot.

IT IS HEREBY ORDERED THAT Plaintiff shall file and serve a supplemental brief clarifying what amendments it is seeking to make to the Complaint, and why such amendments should be permitted, no later than November 10, 2006. Defendant shall file a supplemental brief no later than November 17, 2006 clarifying its arguments in opposition to the amendments proposed by Plaintiff. Each brief shall not exceed ten (10) pages. After the supplemental briefs are filed, the Court will consider this matter fully submitted on the papers. Should the Court later determine that oral argument is necessary, the clerk will contact the parties and place the matter back on calendar.

1 IT IS SO ORDERED.

Dated: 11/2/06

SAUNDRA BROWN ARMSTRONG
United States District Judge