DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant
CONVERIUM INSURANCE (NORTH AMERICA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, a foreign corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CONVERIUM INSURANCE (NORTH AMERICA), INC., a foreign corporation,<br><br>        Defendants. | CASE NO. CV 05-03841 SBA<br><br>ORDER OF DISMISSAL |

Based on the stipulation of the parties and good cause appearing, it is ORDERED that this matter is hereby dismissed with prejudice with each side bearing its own attorneys fees and costs.

DATED: 2/9/07

_Saundra B Armstrong_
JUDGE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\DISMISSAL.wpd